# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

## CIVIL NO. 1:06CV104
## (1:03CR100)

| | | |
|---|---|---|
| **JAMES DAVID HUSKINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion to seal Government Exhibit 10 submitted in support of its Motion for Partial Summary Judgment filed July 11, 2007.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government motion to seal is **ALLOWED**, and Exhibit 10 attached to the Government's Motion for Partial Summary Judgment is hereby sealed until further order of this Court.

Signed: July 11, 2007

Lacy H. Thornburg
United States District Judge